IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01802-BNB

JOSHUA C. MAES,

    Plaintiff,

v.

LT. T. SWINDLER,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2009

GREGORY C. LANGHAM
CLERK

## ORDER

The matter is before the Court on Plaintiff's "Motion to Amend Original Complaint," (Doc. # 6) and "Motion to Amend the Original Complaint with Statement," (Doc. # 7). In the Motions, Plaintiff requests leave to add new parties and claims to his original Complaint. Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). If Plaintiff desires to amend his Complaint and add new parties he may do so. Plaintiff is reminded, however, that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2d Cir.1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Therefore, the Motions (Docs. # 6 and #7) will be DENIED as unnecessary.

The Amended Complaint must be submitted on a Court-approved form and must

contain all claims, named parties, and requests for relief. Plaintiff shall have thirty days from the date of the instant Minute Order to file an Amended Complaint. If he fails to file an Amended Complaint within thirty days the Court will proceed to review the merits of the Complaint submitted to the Court on July 30, 2009. The Clerk of the Court is directed to send to Plaintiff two copies of the Prisoner Complaint form.

Further, on July 30, 2009, the Court entered an order directing the Clerk of the Court to commence a civil action and directing Plaintiff to cure certain enumerated deficiencies within thirty days, including to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. Plaintiff filed an inmate account statement that was not certified on August 5, 2009 (Doc. # 4). However, in Plaintiff's "Motion to Amend the Original Complaint with Statement," he appears to allege that he requested a certified inmate account statement from his case manager, and his case manager denied this request. Plaintiff failed to provide any written documentation to support these allegations. Therefore, Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to cure the deficiencies designated in the order of July 30, 2009, or to show cause why he is unable to do so, including to submit written documentation of any denial by a prison official of his request for a certified trust fund account statement. Failure within the time allowed either to cure the deficiencies or to show cause why he is unable to do so will result in the dismissal of the instant action. Accordingly, it is

ORDERED that if Plaintiff intends to amend his complaint, he must file **within thirty (30) days from the date of this order** an amended complaint on the Court-approved form. It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the Clerk of the Court shall mail to Mr. Maes, together with a copy of this order, two copies of the following form to be used in submitting the amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that Plaintiff's "Motion to Amend Original Complaint," (Doc. # 6) and "Motion to Amend the Original Complaint with Statement," (Doc. # 7) are DENIED as unnecessary.

FURTHER ORDERED that Plaintiff's "Motion for Appointment of Counsel," (Doc. # 5) is DENIED as premature.

DATED August 14, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01802-BNB

Joshua C. Maes
Prisoner No. 144596
Fort Lyon Corr. Facility
P.O. Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 8|14|09

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                   Deputy Clerk